UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV18-09482-JAK (JPRx) | Date | February 4, 2019 |
| Title | Splendid Film GmbH v. WWKG, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Joseph Remigio | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Benjamin Kassis | Andrew Goodman |

**Proceedings:** **PETITIONER'S MOTION TO REMAND (DKT. 13)**

**STATUS CONFERENCE RE SETTLEMENT**

The hearing is held. The Court states its tentative view that it is inclined to grant Petitioner's Motion to Remand (Dkt. 13) (the "Motion"). Counsel address the Court.

The Court inquires as to whether mediation would be productive. Counsel for Respondent states that his client does not have flexibility to negotiate. Counsel for Petitioner states that an offer to meet with a neutral had been extended, but rejected.

The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

| | : | 38 |
|---|---|---|
| Initials of Preparer | jre | |